UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No. 2:14-cr-00026-GZS |
| | ) |
| MICHAEL PAUL, JR. | ) |

## FINAL ORDER OF FORFEITURE
Fed.R.Crim.P. 32.2(c)(2)

On April 1, 2014, Michael Paul, Jr. ("defendant") pleaded guilty to Count One of the Information, charging him with money laundering conspiracy, in violation of Title 18, United States Code 1956(h);

On April 1, 2014, the Court entered a Preliminary Order of Forfeiture, pursuant to Title 18, United States Code, Section 982(a)(1), ordering the defendant to forfeit the sum of $39,000 in the form of a money judgment on the grounds that $39,000 was the amount involved in the money laundering conspiracy;

Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment";

Pursuant to Rule 32.2(b)(3) the Preliminary Order becomes final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

NOW THEREFORE, it is hereby **ORDERED, ADJUDGED and DECREED** that the defendant shall forfeit the sum of $39,000 to the United States, pursuant to Title 18, United States Code, Section 982(a)(1);

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order;

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward two attested copies of this Order to the United States Attorney's Office, 100 Middle Street, Portland, Maine 04101, to the attention of Assistant U.S. Attorney Donald E. Clark.

**SO ORDERED,**

Dated: 3/31/15

George Z. Singal
U.S. District Judge